covery, worker's compensation benefits or disability benefits received. Furthermore, Shelter did not raise this specific issue in its motion for summary judgment. Thus, Shelter's allegation is unsubstantiated.

Based on the foregoing, we affirm the grant of the motion for summary judgment in favor of Liberty and reverse the grant of the motion for summary judgment in favor of Shelter.

PAUL J. SIMON, J., and JAMES R. DOWD, J., concur.

Before JAMES M. SMART, Jr., P.J., JOSEPH M. ELLIS and LAURA DENVIR STITH,[1] JJ.

*Order*

PER CURIAM:

William Ekey appeals the terms of the decree dissolving his marriage. He challenges the division of marital property and the order allocating payment of extraordinary expenses as to the children of the marriage. Having carefully considered the contentions on appeal, we affirm the judgment. Rule 84.16(b).

**Jill A. EKEY, Respondent,**

v.

**William E. EKEY, Appellant.**

No. WD 58355.

Missouri Court of Appeals, Western District.

Submitted Dec. 20, 2000.

April 10, 2001.

As Modified on Denial of Rehearing May 29, 2001.

**Jodie Lynn MAHAN, Plaintiff/Respondent,**

v.

**Andrew Hugh MAHAN, Defendant/Appellant.**

No. ED 77317.

Missouri Court of Appeals, Eastern District, Division Two.

Feb. 13, 2001.

Robert J. Bjerg, Kansas City, MO, for Appellant.

James T. Cook, Kansas City, MO, for Appellee.

Andrew Hugh Mahan, Maryland Heights, pro se.

Jodie Lynn Mahan, Beavercreek, OH, pro se.

1. Judge Stith participated in the case at the time of submission as a member of the court, and was specially assigned to remain on this case by order of the Supreme Court after her appointment to the Supreme Court.